```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

IGOR GOLDSHTEYN,

Defendant.

Order of Restitution

18 Cr. 512 (VM)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Dominic A. Gentile, Assistant United States Attorney, of counsel; and based on information attained as a result of the presentence report; the defendant's guilty plea on Count One of the Indictment, and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Igor Goldshteyn, the defendant, shall pay restitution in the total amount of $18,000 to the victim of the offense charged in Count One of the Indictment. The names, addresses, and specific amount owed to the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
December 20, 2019

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
|---|
| v. |
| IGOR GOLDSHTEYN, |
| Defendant. |

Schedule of Victims

18 Cr. 512 (VM)

| Name | Address | Amount of Restitution |
|---|---|---|
| The City of New York/Department of Investigation | 80 Maiden Lane, New York, NY 10038 | $18,000 |