USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :        **18 CR 512 (VM)**
         -against-                 :        **ORDER**
                                   :
IGOR GOLDSHTEYN,                   :
                                   :
                   Defendant.      :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court is in receipt of a report from the U.S. Probation Department dated September 25, 2020. The Government is hereby ordered to submit a response to that report within three (3) days of this Order, setting forth its views with respect to the recommendations therein.

**SO ORDERED.**

Dated:  New York, New York
        1 October 2020

_____
Victor Marrero
U.S.D.J.